In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00169-CV**
_____

**IN THE INTEREST OF R.D.S.**

**On Appeal from the 418th District Court**
**Montgomery County, Texas**
**Trial Cause No. 12-05-05471 CV**

**MEMORANDUM OPINION**

A.N.A. appeals from an order terminating her parental rights to her minor child, R.D.S. III. The trial court found, by clear and convincing evidence, that statutory grounds existed for the termination of A.N.A.'s parental rights and that termination of A.N.A.'s parental rights would be in the best interest of the child. *See* Tex. Fam. Code Ann. § 161.001(1)(K), (2) (West 2014).

A.N.A.'s court-appointed appellate counsel submitted a brief in which counsel contends that there are no arguable grounds to be advanced on appeal. *See Anders v. California,* 386 U.S. 738 (1967); *In re L.D.T.*, 161 S.W.3d 728, 731 (Tex. App.—Beaumont 2005, no pet.). The brief provides counsel's professional

1

evaluation of the record. Counsel served A.N.A. with a copy of the *Anders* brief filed on her behalf. Counsel moved to withdraw and requested an extension of time for appellant to file a pro se brief. On August 5, 2014, we granted A.N.S. twenty days to file a pro se brief. No pro se brief was received.

We have independently reviewed the record and counsel's brief, and we agree that any appeal would be frivolous. We conclude that no arguable grounds for appeal exist, and we therefore affirm the judgment of the trial court. We grant counsel's motion to withdraw.

AFFIRMED.

_____
CHARLES KREGER
Justice

Submitted on September 16, 2014
Opinion Delivered October 2, 2014

Before McKeithen, C.J., Kreger and Johnson, JJ.